# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# CANTON DIVISION

In re:                               Case No. 10-64987
                                   Judge Russ Kendig

Jeff Alan Henderson

                                   Chapter 13

Debtor(s)

                                   Notice of Amended Plan

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

      PLEASE BE ADVISED that the above-named debtor(s) has filed an AMENDED PLAN with the Court.

      <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

      If you do not want the Court to approve the plan requested by the debtor, or if you want the court to consider your views on the request/motion, then on or before **January 24, 2011** you or your attorney must:

      File with the court a written response, and answer, explaining your position at:

           United States Bankruptcy Court
           Ralph Regula Federal Building and US Courthouse
           401 McKinley Avenue, SW
           Canton, OH 44702

      If you mail your request/response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy of your written request to the following:

           Attorney Erin R. Kick
           133 South Market Street
           Loudonville, OH 44842

           Trustee: Toby L. Rosen
           400 W. Tuscarawas St.
           Canton, OH 44702

           United States Trustee
           200 Public Square, Ste. 20-3300
           Cleveland, OH 44114

If you object to this Amended Plan, you must also attend the confirmation hearing scheduled for

**February 9, 2011, at 2:00 P.M.** at the Ralph Regula Federal Building and US Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated this the 30th day of December, 2010

### CERTIFICATE OF SERVICE

I, Erin R. Kick, hereby certify that the foregoing Modification of Plan and Notice were electronically transmitted on or about the 30th day of December, 2010, via the Court's CM/ECF system to the following who are listed on the court's Electronic Mail Notice List:

**Toby L Rosen, Chapter 13 Trustee** - lweir@chapter13canton.com

**Unites States Trustee** (Registered address)@usdoj.gov

and by ordinary U.S. Mail the same date to:

| | |
|---|---|
| Jeff Alan Henderson<br>862 Township Road 2206<br>Perrysville OH  44864 | FirstMerit Bank<br>3 Cascade Plaza<br>CAS 30<br>Akron, OH 44308 |
| Fifth Third Bank<br>PO Box 829009<br>Dallas TX  75382-9009 | Richland Bank<br>PO Box 355<br>Mansfield, OH 44901 |
| Huntington National Bank<br>PO Box 89424<br>Cleveland OH  44101-8539 | |

/s/ Erin R. Kick
Erin R. Kick
*Attorney for Debtor(s)*

☒

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:                                  )         **Judge Russ Kendig**
                                        )
_____,   )         **Case No.**  _____
                                        )
**Debtor(s)**                           )         **Chapter 13 Form Plan Summary**
                                        )         _____ **Amended Chapter 13 Plan**

   **Read this carefully**. You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   ☐   Continued on attached separate page(s).

2. \_\_\_\_\_% to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B1)
   <u>Creditor</u>                              <u>Description of asset or contract</u>

   ☐   Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

1

4. Mortgages or Judgment Liens - Ongoing Monthly Payment ( C, E3, E6)

| Creditor | Order of Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, by trustee or stripped & not secured |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☐ Continued on attached separate page(s).

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-Mortgage claims to be paid full current balance (E5)

| Creditor: |  |  |  |
|---|---|---|---|
| Date Incurred: |  |  |  |
| Collateral: |  |  |  |
| Monthly Payment: |  |  |  |
| Interest Rate: |  |  |  |
| Estimated Balance: |  |  |  |

☐ Continued on attached separate page(s).

2

7. Liens to be crammed down but not stripped. (E7)

   Creditor:

   Date Incurred:

   Collateral:

   Monthly Payment:

   Interest Rate:

   Secured Value:

   ☐ Continued on attached separate page(s).

   **Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

   | Creditor | Source & Year | Amount |
   |---|---|---|
   |  |  |  |
   |  |  |  |
   |  |  |  |

   ☐ Continued on attached separate page(s).

9. Payments to Trustee (D)

   The debtor will pay to the trustee $ _____ monthly for a minimum of [Drop box 36/60] months, or all future disposable income, whichever is greater. Payments shall be by ☐ Wage Order on employer ☐ By Debtor ("Private Pay") in the form of money order or certified check.

3

10. Attorney Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E)

_____    _____
Debtor's Signature -   Name typed below    Debtor's Signature - Name typed below
_____    _____

_____
Attorney's Signature - Name (state bar #), address, and phone typed below
_____
_____
_____
_____

4